UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH FELTS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:20-cv-00821-JAR |
| LEWIS REED | ) ) ) |
| Defendant. | ) ) |

## **MEMORANDUM AND ORDER**

At the request of the parties,

**IT IS HEREBY ORDERED** that a telephone status conference is set for **Tuesday, August 24 at 3:00 pm.** The parties are directed to call the conference line toll free at **1-877-810-9415**.  **The access code to enter the telephone conference is: 7519116**.

Dated this 23rd day of August, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE