UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH FELTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-00821-JAR |
| ) | |
| LEWIS REED ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

At the request of the parties,

**IT IS HEREBY ORDERED** that the telephone status conference set for **Tuesday August 24 at 3:00 pm** is re-scheduled for **Tuesday, August 24 at 11:30 am.** The parties are directed to call the conference line toll free at **1-877-810-9415**.  **The access code to enter the telephone conference is: 7519116**.

Dated this 23rd day of August, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE