**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SARAH FELTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-0821-JAR |
| | ) | |
| LEWIS E. REED, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the motion of Defendant Lewis Reed for a protective order. (Doc. No. 54). After phone conference with counsel,

**IT IS HEREBY ORDERED** that Defendant's Motion for Protective Order [54] is **GRANTED in part and DENIED in part**. Plaintiff may inquire about one additional tweet, provided the tweet is in some way connected with the "@PresReed" Twitter account. Plaintiff may not inquire about any additional tweets regarding non-parties' usage of the term "aldergeddon."

Dated this 24th day of August, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE