**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SARAH FELTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-821 |
| | ) |
| LEWIS E. REED, | ) |
| ST. LOUIS BOARD OF ALDERMEN, | ) |
| PRESIDENT, | ) |
| | ) |
| Defendant. | ) |

## **Entry of Appearance**

Kayla M. DeLoach moves to withdraw as counsel for Plaintiff as my employment by the American Civil Liberties Union of Missouri ends on September 14, 2021. All other counsel for Plaintiff entered on this matter remain.

    Respectfully submitted,
    /s/ Kayla M. DeLoach
    Kayla M. DeLoach, #72424MO
    ACLU of Missouri Foundation
    906 Olive Street, Suite 1130
    St. Louis, MO 63101
    314-652-3114
    kdeloach@aclu-mo.org
    *Attorney for Plaintiff*