# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SARAH FELTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-821 |
| | ) |
| LEWIS E. REED, | ) |
| ST. LOUIS BOARD OF ALDERMEN, | ) |
| PRESIDENT, | ) |
| | ) |
| Defendant. | ) |

## **Entry of Appearance**

Emily R. Lazaroff of the American Civil Liberties Union of Missouri Foundation enters her appearance as co-counsel for Plaintiff.

> Respectfully submitted,
> /s/ Emily R. Lazaroff
> Emily R. Lazaroff, #73811MO
> ACLU of Missouri Foundation
> 906 Olive St., Suite 1130
> St. Louis, MO 63110
> 314-652-3114
> elazaroff@aclu-mo.org
> *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 20, 2021, a copy of the foregoing was filed electronically and served on all counsel of record by operation of the CM/ECF system.

/s/ Emily R. Lazaroff