## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SARAH FELTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:20-cv-00821-JAR |
| LEWIS REED, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO EXCEED PAGE LIMITATION

COMES NOW Defendant Lewis Reed, by and through the undersigned, and pursuant to Local Rule 4.01(D) hereby moves the Court grant him leave to file his Memorandum in Opposition to Plaintiff's Motion for Summary Judgment, which exceeds fifteen pages. The memorandum exceeds the limitation by only three pages, totaling eighteen. Given the nature of the claims raised herein, the additional pages of authority and argument were necessary.

WHEREFORE, Defendant Reed moves the Court grant him leave to exceed the page limitations set forth in Local Rule 4.01(D) for his Memorandum in Opposition to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

**SHEENA HAMILTON**
**CITY COUNSELOR**

By: ____/s/ Steven R. Kratky_____
Steven R. Kratky, #61442MO
Assistant City Counselor
City of St. Louis Law Department
City Hall  |  Room 314
Saint Louis MO  63103
Tele: 314-622-4618
Fax:  314-622-4956
KratkyS@stlouis-mo.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and complete copy of the foregoing was served upon all counsel of record via the Court's electronic filing system on this 10th day of November, 2021.

_____/s/ Steven R. Kratky_____