# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SARAH FELTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 4:20-cv-821-JAR |
| | ) |
| LEWIS E. REED, | ) |
| ST. LOUIS BOARD OF ALDERMEN, | ) |
| PRESIDENT, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS

Plaintiff requests leave to file the attached Reply in Support of Plaintiff's Statement of Uncontroverted Material Facts. In support, Plaintiff states:

1. Defendant's Response to Plaintiff's Statement of Uncontroverted Material Facts, Doc. 90, in addition to responding to facts submitted by Plaintiff, submits additional statements of fact.

2. The proposed Reply in Support of Plaintiff's Statement of Uncontroverted Material Facts, attached hereto as Exhibit 1, is necessary to respond to the additional facts submitted by Defendant, and to address Defendant's responses purporting to dispute facts where the record reflects no genuine dispute exists.

WHEREFORE Plaintiff moves this Court for leave to file the attached Reply in Support of Plaintiff's Statement of Uncontroverted Material Facts and for such other and further relief as is just and proper under the circumstances.

DATED: November 23, 2021                    Respectfully Submitted,

s/ Lisa S. Hoppenjans
Lisa S. Hoppenjans, #63890 (MO)
Tobin Raju, #5638523 (NY)
Alida Babcock (law student authorized
   under E.D. Mo. L.R. 12.05)
Charles Clark (law student authorized
   under E.D. Mo. L.R. 12.05)
Andrew Stubbs (law student authorized
   under E.D. Mo. L.R. 12.05)
First Amendment Clinic
Washington University in St. Louis
School of Law
One Brookings Drive
Campus Box 1120
St. Louis, MO 63130
Phone: (314) 935-8980
lhoppenjans@wustl.edu
tobinraju@wustl.edu

Anthony E. Rothert, #44827 (MO)
Jessie Steffan, #64861 (MO)
Molly Carney, #70570 (MO)
Emily R. Lazaroff, #73811 (MO)
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 669-3420
arothert@aclu-mo.org
jsteffan@aclu-mo.org
mcarney@aclu-mo.org

Gillian R. Wilcox, #61278 (MO)
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, MO 64111
Phone: (314) 652-3114
gwilcox@aclu-mo.org

**ATTORNEYS FOR PLAINTIFF**