# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SARAH FELTS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-cv-00821 JAR |
| LEWIS REED, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court upon the parties' joint motion for a temporary stay of pretrial and trial proceedings. (Doc. No. 98). This matter is set for a non-jury trial during a two-week docket beginning on March 14, 2022. The parties request a temporary stay of pretrial deadlines and the trial setting pending the resolution of their motions for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' joint motion for a temporary stay [98] is **GRANTED**.

**IT IS FURTHER ORDERED** that the pretrial deadlines and trial setting shall be rescheduled after the Court rules on the parties' motions for summary judgment.

Dated this 8th day of February, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE