**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SARAH FELTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20-cv-00821 JAR |
| | ) |
| LEWIS REED, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its review of the record. The Court granted the parties' joint motion to temporarily stay pretrial and trial proceedings pending the resolution of the motions for summary judgment. (Doc. No. 99). This matter was previously set for trial beginning March 14, 2022. As the parties are already aware, the trial is not proceeding.

Accordingly,

**IT IS HEREBY ORDERED** that the trial set for March 14, 2022 is **VACATED**. The trial will be rescheduled after the Court rules on the parties' motions for summary judgment. Dated this 11th day of March, 2022.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**

1