# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| SARAH FELTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-821-JAR |
| | ) |
| JOSEPH VOLLMER, | ) |
| ST. LOUIS BOARD OF ALDERMEN, | ) |
| PRESIDENT, | ) |
| | ) |
| Defendant. | ) |

<u>Motion for Extension of Time to File Responses to Defendant's Objections</u>

On July 6, 2022, Defendant filed a forty-one-page opus titled "DEFENDANT'S OBJECTIONS TO PLAINTIFF'S QUSTIONS [sic] TO LEWIS E. REED AND [sic], IN THE ALTERNATIVE, MOTIONS [sic] TO STRIKE." ECF No. 146. Plaintiff recently was granted an extension though today, Monday, July 18 to respond to file a response. ECF No. 150.

For the reasons described in the previous motion, ECF No. 149, undersigned counsel has only moments ago completed the response. Plaintiff requests until noon to file the response so that counsel's colleagues can review the response before it is filed and there is an opportunity to fix at least some typos before the response in lodged with the Court.

No further requests will be made for extensions to file this Response.

WHEREFORE Plaintiff requests an extension through 12 p.m. on July 19 to file her response.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827 (MO)
Jessie Steffan, #64861 (MO)
Molly Carney, #70570 (MO)
Emily Lazaroff, #73811 (MO)
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 669-3420
arothert@aclu-mo.org


Lisa S. Hoppenjans, #63890 (MO)
Tobin Raju, #5638523 (NY)
First Amendment Clinic
Washington University in St. Louis
School of Law
One Brookings Drive
MSC 1120-250-258
St. Louis, MO 63130
Phone: (314) 935-8980
lhoppenjans@wustl.edu
tobinraju@wustl.edu


Gillian R. Wilcox, #61278 (MO)
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, MO 64111
Phone: (314) 652-3114
gwilcox@aclu-mo.org

**ATTORNEYS FOR PLAINTIFF**