# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SARAH FELTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-821-JAR |
| ) | |
| MEGAN GREEN, ) | |
| ST. LOUIS BOARD OF ALDERMEN, ) | |
| PRESIDENT, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ATTORNEYS' FEES AND NONTAXABLE COSTS

Pursuant to 42 U.S.C. § 1988, Plaintiff moves this Court for an award of reasonable attorneys' fees and nontaxable costs. For the reasons provided in the accompanying memorandum in support, Plaintiff is the prevailing party in this case and entitled to an award of reasonable attorneys' fees. As explained in the accompanying memorandum, a reasonable attorneys' fee for this case is $131,193.00 plus nontaxable costs of $15,073.68.

Dated: December 23, 2022

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827 (MO)
Jessie Steffan, #64861 (MO)
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 669-3420
arothert@aclu-mo.org

Gillian R. Wilcox, #61278 (MO)
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, MO 64111
Phone: (314) 652-3114
gwilcox@aclu-mo.org

Lisa S. Hoppenjans, #63890 (MO)

        Tobin Raju, #5638523 (NY)
        First Amendment Clinic
        Washington University in St. Louis
          School of Law
        One Brookings Drive
        MSC 1120-250-258
        St. Louis, MO 63130
        Phone: (314) 935-8980
        lhoppenjans@wustl.edu
        tobinraju@wustl.edu

        **ATTORNEYS FOR PLAINTIFF**