# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SARAH FELTS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 4:20-cv-821-JAR |
| | ) |
| MEGAN GREEN, | ) |
| ST. LOUIS BOARD OF ALDERMEN, | ) |
| PRESIDENT, | ) |
| | ) |
|     Defendant. | ) |

### Motion for Extension of Time

Plaintiff seeks an extension of time through and including January 4, 2023 to submit the itemization and documentation for her bill of costs, ECF No. 172. Because of staff vacations, Plaintiff's counsel has been unable to secure copies of the documentation that must be attached to her bill of costs. The individual who can access those records is scheduled to return to the office on January 4, 2023; thus, Plaintiff seeks an extension until that date to supplement her bill of costs with an itemization and documentation.

Dated: December 23, 2022            Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827 (MO)
Jessie Steffan, #64861 (MO)
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 669-3420
arothert@aclu-mo.org

Gillian R. Wilcox, #61278 (MO)
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, MO 64111
Phone: (314) 652-3114
gwilcox@aclu-mo.org

Lisa S. Hoppenjans, #63890 (MO)
Tobin Raju, #5638523 (NY)
First Amendment Clinic
Washington University in St. Louis
 School of Law
One Brookings Drive
MSC 1120-250-258
St. Louis, MO 63130
Phone: (314) 935-8980
lhoppenjans@wustl.edu
tobinraju@wustl.edu

**ATTORNEYS FOR PLAINTIFF**
