IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH FELTS, | ) |
|     Plaintiff-Respondent, | ) |
| v. | ) Cause No.:   4:20-cv-0821-JAR |
| MEGAN E. GREEN, in her official capacity as President of the Board of Aldermen of the City of St. Louis, | ) |
|     Defendant-Appellant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Megan E. Green, by and through the undersigned, appeals to the United States Court of Appeals for the Eighth Circuit from the Findings of Fact, Conclusions of Law and Order [Doc. 167] entered in this action on the 9th day of December, 2022.

Respectfully submitted,

**SHEENA HAMILTON**
**CITY COUNSELOR**

By:   */s/ Steven R. Kratky*
Steven R. Kratky                                    #61442
Assistant City Counselor
City of St. Louis Law Department
City Hall |Room 314
Saint Louis | Missouri | 63103
Tele: 314.622.3361
Fax:  314.622.4956
kratkys@stlouis-mo.gov

Page **1** of **2**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and complete copy of the foregoing was served upon all counsel of record on this 6th day of January, 2023, by filing same in the Court's electronic filing system.

*/s/ Steven R. Kratky*