# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 09, 2023

Mr. Steven Robert Kratky
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

      RE:  23-1042  Sarah Felts v. Megan Green

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

      If you have any questions about the schedule or procedures for the case, please contact our office.

                              Michael E. Gans
                              Clerk of Court

CJO

Enclosure(s)

cc:    Ms. Lisa S. Hoppenjans
       Mr. Gregory J. Linhares
       Ms. Lisa Marie Paczkowski
       Mr. Tobin Raju
       Mr. Anthony E. Rothert
       Ms. Jessie M. Steffan
       Ms. Gillian R. Wilcox

      District Court/Agency Case Number(s):   4:20-cv-00821-JAR

**Caption For Case Number:   23-1042**

Sarah Felts

        Plaintiff - Appellee

v.

Megan Ellyia Green, St. Louis Board of Alderman, President

        Defendant - Appellant

**Addresses For Case Participants:   23-1042**

Mr. Steven Robert Kratky
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Ms. Lisa S. Hoppenjans
WASHINGTON UNIVERSITY
School of Law
Campus Box 1120-250-258
1 Brookings Drive
Saint Louis, MO  63130-4899

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Ms. Lisa Marie Paczkowski
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Tobin Raju
WASHINGTON UNIVERSITY
School of Law
Campus Box 1120-250-258
1 Brookings Drive
Saint Louis, MO  63130-4899

Mr. Anthony E. Rothert
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI
Suite 1130
906 Olive Street
Saint Louis, MO  63101

Ms. Jessie M. Steffan
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI
Suite 1130
906 Olive Street
Saint Louis, MO  63101

Ms. Gillian R. Wilcox
ACLU OF MISSOURI FOUNDATION
Suite 420
406 W. 34th Street
Kansas City, MO  64111