# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SARAH FELTS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:20-CV-821-JAR |
| MEGAN E. GREEN, in her official capacity as President of the Board of Alderman of the City of St. Louis, | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Findings of Fact, Conclusions of Law and Order (ECF No. 167), entered on December 9, 2022, and the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that final judgment is entered in favor of Plaintiff Sarah Felts and against Defendant Megan E. Green, in her official capacity as President of the Board of Alderman of the City of St. Louis, on Plaintiff's claim for declaratory relief and awards $1.00 in nominal damages.  Plaintiff Sarah Felts' Motion for Attorneys' Fees and Nontaxable Costs (ECF No. 170) is **GRANTED**, in part, and **DENIED**, in part. The Court awards Plaintiff her attorneys' fees in the amount of $131,193.00, and her non-taxable costs in the amount of $2,625.48.  Plaintiff Sarah Felts' Bill of Costs (ECF No. 172), with Supplement (ECF No. 175) is **GRANTED**.  The Court awards Plaintiff $3,215.52 in taxable costs.

Dated this 30th day of January, 2023.

                                                                **JOHN A. ROSS**
                                                                **UNITED STATES DISTRICT JUDGE**