IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH FELTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:20-cv-00821 |
| MEGAN E. GREEN, in her official capacity as President of the Board of Aldermen of the City of St. Louis | ) ) ) ) |
| Defendant. | ) ) |

## MOTION TO WITHDRAW

Tobin Raju moves to withdraw as counsel for Plaintiff as his employment with the Washington University in St. Louis School of Law's First Amendment Clinic ends on June 28, 2023. All other counsel for Plaintiff entered on this matter remain.

Dated: June 28, 2023

Respectfully submitted,

/s/ Tobin Raju
Tobin Raju
First Amendment Clinic
Washington University in St. Louis
School of Law
One Brookings Drive, Campus Box 1120
St. Louis, MO 63130
(314) 935-6040
tobinraju@wustl.edu

*Attorney for Plaintiff*