# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1042

Sarah Felts

Appellee

v.

Megan Ellyia Green, St. Louis Board of Alderman, President

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:20-cv-00821-JAR)

---

**ORDER**

Appellee's motion for amended bill of costs is granted. Appellee shall recover from the appellant the sum the of $42.97 as taxable costs on appeal.

February 23, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans